CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAMIAN BARRAGA-BIRRUETA,

                          Plaintiff,

    v.

KRISTI NOEM, *et al*.,

                          Defendants.

Case No. 3:26-cv-00565 SK

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and ORDER**

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.  USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization.  However, USCIS cannot adjudicate the application until the Court remands the matter to the agency.  *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

    //

    //

Stipulation to Remand
C 3:26-cv-00565 SK                    1

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1.    The Court shall remand this case to USCIS for final adjudication of Plaintiff's application for naturalization by April 20, 2026.

2.    If USCIS does not adjudicate Plaintiff's application for naturalization by the agreed-upon date, Plaintiff may move to vacate the remand and re-open proceedings.

3.    Each of the parties shall bear their own costs and fees.

Dated: March 23, 2026                              Respectfully submitted,[1]

                                                   CRAIG H. MISSAKIAN
                                                   United States Attorney


                                                   /s/ Molly A. Friend
                                                   MOLLY A. FRIEND
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


Dated: March 23, 2026

                                                   /s/ Arash Yasrebi
                                                   ARASH YASREBI
                                                   Attorney for Plaintiff


## ORDER

Pursuant to the parties' stipulation, the Court HEREBY REMANDS this case to USCIS for final adjudication of Plaintiff's application for naturalization by April 20, 2026.  If USCIS does not adjudicate Plaintiff's application for naturalization by the agreed-upon date, Plaintiff may move to vacate the remand and re-open proceedings.

**IT IS SO ORDERED.**

Date: March 24, 2026

                                                   HON. SALLIE KIM
                                                   United States Magistrate Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Remand
C 3:26-cv-00565 SK                    2