UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMIAN BARRAGAN-BIRRUETA,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Case No.  26-cv-00565-SK

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Regarding Docket No. 15

On April 2, 2026, Plaintiff Damian Barraga Birrueta filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. No. 15.)  Defendants have not filed an answer or motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE.  All case deadlines and hearings are HEREBY VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: April 3, 2026

_____

SALLIE KIM
United States Magistrate Judge